**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO.:  2:23-CV-00822 |
| v. | |
| PARK NATIONAL BANK, | |
| Defendant. | |

**JOINT NOTICE AND MOTION FOR ENTRY OF CONSENT ORDER**

Plaintiff United States of America and Defendant Park National Bank, by and through their respective counsel, hereby notify the Court that a Consent Order resolving the claims in this case was agreed upon, and jointly move the Court for final approval and entry of the Consent Order, attached as Exhibit 1.

Dated:   February 28, 2023

1

FOR THE UNITED STATES OF AMERICA:

KENNETH L. PARKER
United States Attorney
Southern District of Ohio

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

*/s Andrew M. Malek*
ANDREW M. MALEK
Civil Chief
BRANDI M. STEWART
Deputy Civil Chief
MICHAEL J.T. DOWNEY
Assistant U.S. Attorney
United States Attorney's Office
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Telephone:  (614) 469-5715
Emails:
Andrew.Malek@usdoj.gov
Brandi.Stewart@usdoj.gov
Michael.Downey@usdoj.gov

*/s Jaclyn A. Harris*
SAMEENA SHINA MAJEED
Chief
JON M. SEWARD
Principal Deputy Chief
JACLYN A. HARRIS
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone:  (202) 305-5944
Facsimile:  (202) 514-1116
Email:
Jaclyn.Harris@usdoj.gov

Attorneys for Plaintiff
United States of America

2

FOR DEFENDANT PARK NATIONAL BANK:

BENJAMIN C. GLASSMAN
Partner
G. LUKE BURTON
Senior Associate
ELIZABETH P. HELPLING
ERICA M. VAN HEYDE
Associates
Squire Patton Boggs (US) LLP
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone:  (513) 361-1248
Emails:
benjamin.glassman@squirepb.com
luke.burton@squirepb.com
elizabeth.helpling@squirepb.com
erica.vanheyde@squirepb.com

Attorneys for Defendant
Park National Bank